UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20039-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GWENCH LUDOVIC SAUNDERS,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS**

THIS MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge, for a Report and Recommendation on Defendant Gwench Ludovic Saunders' Motion to Dismiss (DE 12). The Court has reviewed the entire file and record. The Court has reviewed the record, and notes there have been no objections filed to the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that United States Magistrate Judge Stephen T. Brown's Report and Recommendation is **AFFIRMED and ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendant's Motion to Dismiss (DE 12) is **DENIED**.

**DONE and ORDERED** in Chambers at Miami, Florida, this 8th day of March, 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:

Magistrate Judge Stephen T. Brown

Counsel of Record